IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 7 |
|  | ) |
| MICHAEL R. SPRINGER, | ) Case No. 05 B 58714 |
| Debtor. | ) |
|  | ) Judge Carol A. Doyle |
|  | ) |
|  | ) October 17, 2007 at 10:00 a.m. |

**NOTICE OF HEARING ON FIRST INTERIM AND FINAL APPLICATION OF SUGAR, FRIEDBERG & FELSENTHAL LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR AUGUST 3, 2006 THROUGH OCTOBER 17, 2007 RELATING TO REPRESENTATION OF THE TRUSTEE**

**TO:** All Creditors

**PLEASE TAKE NOTICE** that Sugar, Friedberg & Felsenthal LLP is filing its **First Interim Application of Sugar, Friedberg & Felsenthal LLP for Compensation and Reimbursement of Expenses for August 3, 2006 through October 17, 2007 Relating to Representation of the Trustee**. The Application seeks $2,128.00 in fees and $2.00 in expenses.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on October 17, 2007 at 10:00 a.m. on the Application before the Honorable Judge Doyle in Courtroom 742 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place. At which time you may appear if you see fit.

**PLEASE TAKE FURTHER NOTICE** that applicant is requesting that all objections to the relief requested in the Application must be made in writing, filed with the Clerk of the Bankruptcy Court for the Northern District of Illinois by October 10, 2007, and served on Paula K. Jacobi, Sugar, Friedberg & Felsenthal LLP, 30 North LaSalle Street, Chicago, Illinois 60602, Fax: 312-372-7951. Please contact Paula K. Jacobi at 312-704-9400 should you request a copy of the Application.

                 **SUGAR, FRIEDBERG & FELSENTHAL LLP**

                 By: */s/ Paula K. Jacobi*
                    Paula K. Jacobi, Esq. (one of its partners)

Paula K. Jacobi, Esq.
Andrew J. Abrams, Esq.
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
312-704-9400

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **MICHAEL R. SPRINGER,** | ) | Case No. 05 B 58714 |
| Debtor. | ) | |
| | ) | Judge Carol A. Doyle |
| | ) | |
| | ) | October 17, 2007 at 10:00 a.m. |

**FIRST INTERIM AND FINAL APPLICATION OF SUGAR, FRIEDBERG & FELSENTHAL LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR AUGUST 3, 2006 THROUGH OCTOBER 17, 2007 RELATING TO <u>REPRESENTATION OF THE TRUSTEE</u>**

Sugar, Friedberg & Felsenthal LLP ("SFF"), special counsel for Deborah K. Ebner, not individually but as Chapter 7 Trustee for the estate of Michael R. Springer ("Debtor") (the "Trustee") pursuant to § 331 of the United States Bankruptcy Code (the "Code") and Rule 2002(a) of the Federal Rules of Bankruptcy Procedure, hereby requests that this Court enter an Order allowing and approving: (i) $1,561.00 in compensation for SFF's legal services from August 3, 2006 through October 17, 2007 (the "Application Period"); (ii) $2.00 as reimbursement for costs and expenses incurred and/or booked by SFF in connection with the case during the Application Period; and (iii) $567.00 in compensation for preparing and presenting this Application. In support of this Application, SFF states as follows:

1. On October 15, 2005 (the "Petition Date"), debtor Michael R. Springer ("Debtor") filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code. On or about June 20, 2006, this Court granted Debtor's Motion to convert his case to a case under Chapter 7 of the Bankruptcy Code.

2. On or about August 3, 2006, the Trustee was elected Chapter 7 Trustee at Debtor's meeting of creditors pursuant to an undisputed election conducted by the Office of the United States Trustee.

3. On or about August 15, 2006, this Court approved the retention of SFF as special counsel to the Trustee as to matters relating to investigating and identifying assets that may be assets of the estate, and then seeking to recover those assets.

4. As of the Petition Date, Debtor owned, with his wife, Yvonne Springer ("Yvonne"), an investment property commonly known as 6535 N. Christiana, Lincolnwood, Illinois (the "Property"), which, as of the Petition Date, was leased to a third party. Debtor asserted that the Property was worth $400,000.

5. SFF discovered a potential fraudulent transfer by Debtor relating to his transfer of approximately $71,000 equity in the Property to use as a down payment to purchase his and Yvonne's current residence, which they own as tenants by the entirety. As a result of that transfer, there was an additional $71,000 of indebtedness on the Property.

6. Through the efforts of SFF, the Trustee reached a settlement with Yvonne and Debtor as to the Property whereby Yvonne acquired the Trustee's interest in the Property. The compromised $75,000 sale price reflected $65,000 as the value of the Property and $10,000 as settlement of this potential fraudulent transfer.

7. As counsel for the Trustee, SFF assisted the Trustee with respect to negotiating this settlement with Yvonne and then documenting the transfer of the Trustee's interest in the Property. SFF provided value to Debtor's estate

8. SFF expended 6.8 hours with a value of $1,561.00 in connection with its representation of the Trustee during the Application Period. These fees are at the same rates that

SFF charges its non-bankruptcy clients. A detailed itemization of the professional time expended in connection with the cases, containing the billing rates of the attorneys and paralegals that provided the services, is attached as Exhibit A.[1]

9. SFF seeks $2.00 for costs and expenses it incurred in connection with this case for a single messenger delivery.

10. SFF seeks $567.00 for the 2.1 hours incurred preparing and presenting this application. The 1.1 hours spent preparing the Application is set forth on Exhibit A. SFF has added an additional 1.0 hour of time at Andrew J. Abrams' billing rate ($270 an hour) to cover the time incurred to present this Application, which is not otherwise set forth on Exhibit A.

11. SFF respectfully requests that pursuant to Local Rule 5082-1(E) that this Court excuse the requirements of Local Rule 5082-1(C) and (D) given the *de minimis* amounts requested, the details set forth in the attached billing statements, which contain a breakdown of the individuals at SFF that provided services for the Trustee and the amount of hours provided.

WHEREFORE, Sugar, Friedberg & Felsenthal LLP respectfully requests that the Court enter an Order (i) authorizing payment of $1,561 in compensation for SFF's legal services from August 3, 2006 through October 17, 2007; (ii) authorizing payment of $2.00 as reimbursement for costs and expenses incurred and/or booked by SFF in connection with this case from August 3, 2006 through October 17, 2007; (iii) authorizing payment of $567.00 in compensation for SFF's legal services relating to preparing and presenting this Application and (iv) granting such other and further relief as is just and suitable.

**SUGAR, FRIEDBERG & FELSENTHAL LLP**

By: */s/ Paula K. Jacobi*
Paula K. Jacobi, Esq., one of SFF's partners

---

[1] Paula K. Jacobi is an SFF partner. Andrew J. Abrams is an SFF associate. Shanita Q. Golden is an SFF paralegal.

114062-1                                3

Paula K. Jacobi, Esq. (#1311247)
Andrew J. Abrams, Esq. (#6271836)
SUGAR, FRIEDBERG & FELSENTHAL LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
Telephone: 312-704-9400