**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| MICHAEL R SPRINGER, | ) | CASE NO. 05-58714 CAD |
| | ) | |
| Debtor | ) | JUDGE CAROL A. DOYLE |

### PROPOSED DISTRIBUTION REPORT

I, DEBORAH K. EBNER, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 22,100.85 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 62,311.10 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 84,411.95 |

**EXHIBIT D**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $28,869.85 | 100.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| | Deborah K. Ebner, Trustee, *Trustee Fees* | 7,811.72 | 7,811.72 |
| | Deborah K. Ebner, Trustee, *Trustee Expenses* | 155.13 | 155.13 |
| | Popowcer Katten, Ltd., *Trustee's Accountants Fees (Other Firm)* | 1,624.00 | 1,624.00 |
| | Sugar Friedberg & Felsenthal, LLP, *Trustee's Special Counsel Fees (Other Firm)* | 1,860.00 | 0.00 |
| | Law Office of Deborah K. Ebner, *Trustee's General Counsel Fees (Trustee Firm)* | 11,760.00 | 11,760.00 |
| | Illinois Department of Revenue, *Estate Income Tax* | 1,476.00 | 0.00 |
| | Internal Revenue Service Center, *Estate Income Tax* | 3,433.00 | 0.00 |
| 10 | Office of the U.S. Trustee, *UST Quarterly Fees* | 750.00 | 750.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. | TYPE OF CLAIMS | TOTAL | FINAL |
|---|---|---|---|

EXHIBIT D

| | AMOUNT OF CLAIMS | DIVIDEND% |
|---|---:|---:|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| **5.    TYPE OF CLAIMS** | | |
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| **6.    TYPE OF CLAIMS** | | |
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| **7.    TYPE OF CLAIMS** | | |
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| **8.    TYPE OF CLAIMS** | | |

**EXHIBIT D**

**DISTRIBUTION REPORT** **PAGE 4 OF 7**

| | | | |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

EXHIBIT D

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $575,592.70 | 10.83% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|
| 1 | Chase Bank USA, N.A., *General Unsecured Claims* | 13,575.95 | 1,469.67 |
| 3 | Discover Bank/Discover Financial Services., *General Unsecured Claims* | 13,247.92 | 1,434.16 |
| 7 | Lea Regional Hospital, LLC., *General Unsecured Claims* | 515,413.62 | 55,796.38 |
| 8 | Weiss Memorial Hospital., *General Unsecured Claims* | 23,227.31 | 2,514.49 |
| 9 | Northshore Anesthesia., *General Unsecured Claims* | 275.00 | 29.77 |
| 11 | Citibank/CHOICE., *General Unsecured Claims* | 4,952.65 | 536.15 |
| 12 | Citibank/CHOICE., *General Unsecured Claims* | 4,900.25 | 530.48 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

**EXHIBIT D**

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 2 | General Motors Acceptance Corporation 2740 Arthur Street Roseville, MN 551131303 | $17,229.18 | Withdrawn |
| Unsecured | 4 | Capital One Auto Finance | $12,710.40 | Disallowed |

**EXHIBIT D**

| | | | | |
|---|---|---|---|---|
| | | c/o Ascension Capital Group POB 201347 Arlington, TX 76006 | | |
| Unsecured | 5 | Pontiac National Bank 1218 Towanda Ave. Bloomington, IL 61701 | $296,372.00 | Disallowed |
| Unsecured | 6 | Pontiac National Bank 1218 Towanda Ave. Bloomington, IL 61701 | $73,930.00 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: _____          _____
                                        DEBORAH K. EBNER, Trustee

**EXHIBIT D**