**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| **MICHAEL R SPRINGER,** | ) | **CASE NO. 05-58714 CAD** |
| | ) | |
| Debtor | ) | JUDGE CAROL A. DOYLE |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

> At: U.S. BANKRUPTCY COURT
> 219 South Dearborn, Courtroom 742
> Chicago, Illinois 60604
>
> on: **May 22, 2008**
> at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| | | |
|---|---|---:|
| a. Receipts | $ | 91,234.43 |
| b. Disbursements | $ | 6,822.48 |
| c. Net Cash Available for Distribution | $ | 84,411.95 |

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---:|---:|---:|
| Deborah K. Ebner, Trustee | $ 0.00 | $ 7,811.72 | $ 155.13 |
| Popowcer Katten, Ltd., *Trustee's Accountant* | $ 0.00 | $ 1,624.00 | $ 0.00 |
| Sugar, Friedberg, et al., *Trustee's Special Counsel (Other Firm)* | $ 1,860.00 | $ 0.00 | $ 0.00 |
| Law Office of Deborah K. Ebner, *Trustee's General Counsel (Trustee Firm)* | $ 0.00 | $ 11,760.00 | $ 0.00 |
| Illinois Department of Revenue, *Estate Income Tax* | $ 1,476.00 | $ | $ 0.00 |
| Internal Revenue Service, *Estate Income Tax* | $ 3,433.00 | $ | $ 0.00 |

| | | | |
|---|---|---|---|
| US Trustee's Office, *UST Quarterly Fees* | $ 0.00 | $ | $ 750.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

6. Claims of general unsecured creditors totaling $575,592.70, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $10.83%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 13,575.95 | $ 1,469.67 |
| 2 | General Motors Acceptance Corporation | $ 0.00 | $ 0.00 |
| 3 | Discover Bank/Discover Financial Services | $ 13,247.92 | $ 1,434.16 |
| 4 | Capital One Auto Finance | $ 0.00 | $ 0.00 |
| 5 | Pontiac National Bank | $ 0.00 | $ 0.00 |
| 6 | Pontiac National Bank | $ 0.00 | $ 0.00 |
| 7 | Lea Regional Hospital, LLC | $ 515,413.62 | $ 55,796.38 |
| 8 | Weiss Memorial Hospital | $ 23,227.31 | $ 2,514.49 |
| 9 | Northshore Anesthesia | $ 275.00 | $ 29.77 |
| 11 | Citibank/CHOICE | $ 4,952.65 | $ 536.15 |
| 12 | Citibank/CHOICE | $ 4,900.25 | $ 530.48 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **April 10, 2008**                For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

05-58714   Doc 160   Filed 04/10/08   Entered 04/12/08 23:38:47   Desc Imaged
           Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2          Date Rcvd: Apr 10, 2008
Case: 05-58714                Form ID: pdf002              Total Served: 52


The following entities were served by first class mail on Apr 12, 2008.
db           +Michael R Springer,    2008 Withers Lane,    Bloomington, IL 61704-9068
aty          +Beverly A Berneman,    Querrey & Harrow, Ltd.,    175 West Jackson Boulevard,    Suite 1600,
               Chicago, IL 60604-2686
aty          +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
               Chicago, IL 60603-6324
aty          +Deborah K Ebner,   Law Office of Deborah Kanner Ebner,    11 E Adams St Ste 800,
               Chicago, IL 60603-6324
aty          +Paula K. Jacobi, Esq.,    Sugar, Friedberg & Felsenthal, LLP,    30 North LaSalle Street,
               Suite 3000,   Chicago, IL 60602-3327
aty          +Robert R Benjamin,    Querrey & Harrow, Ltd.,    175 West Jackson Boulevard,    Suite 1600,
               Chicago, IL 60604-2686
tr           +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
10319681     +Associates in Pediatrics Care,    8707 Skokie Blvd.,    Skokie, IL 60077-2269
10319685      Boffa Surgical Group, LLC,    800 Austin, Suite 363 East Twr.,    Evanston, IL 60202-3454
10319686      Capital One,    P.O. Box 93016,    Long Beach, CA 90809-3016
10319688     +Chase,    PO Box 192710,    San Francisco, CA 94119-2710
10319689      Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
10469619     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10319690      Citi Business Card,    PO Box 6309,    The Lakes, NV 88901-6309
10319691     +Citi Cards,    Box 6000,    The Lakes, NV 89163-0001
10319692      Citi Cards,    P.O. Box 6000,    The Lakes, NV 88901-6000
10961741      Citibank/CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV  88901-6305
10319693      Citifinancial Retail Services,    PO Bos 22060,    Tempe, AZ 85285-2060
10319694     +Consultant Radiologists of Evanston,    8424 Skokie Blvd., Suite 210,    Skokie, IL 60077-2568
10319696      Elm Street Pediatrics,    716 Elm Street,    Winnetka, IL 60093-2556
10319697     +GMAC,    PO Box 9001952,    Louisville, KY 40290-1952
10539481      General Motors Acceptance Corporation,    2740 Arthur Street,    Roseville, MN  55113-1303
10319699     +LEA Regional Hospital,    5419 N. Lovington Hwy.,    PO Box 3000,    Hobbs, NM 88241-9501
10319698      LEA Regional Hospital,    PO Box 848156,    Dallas, TX 75284-8156
10319700     +Lea Regional Hospital, LLC,    c/o Sugar, Friedberg & Felsenthal LLP,
               Attn:  P J Jacobi & A J Abrams,    30 N LaSalle St Suite 3000,    Chicago IL 60602-3327
10319701      Louis A. Weiss Memorial Hospital,    4646 N. Marine Drive,    Chicago, IL 60674-4720
10319702     +Louis A. Weiss Memorial Hospital,    Processing Center,    PO Box 6195,    Reading, PA 19610-0195
10319703     +New England Financial,    PO Box 371499,    Pittsburgh, PA 15250-7499
10319687     +Northshore Anesthesia,    c/o Certified Services Inc,    P O Box 177,    Waukegan IL 60079-0177
10882743     +Office of the U.S. Trustee,    227 W Monroe Ste 3350,    Chicago IL 60606-5025
10319704     +Pontiac National Bank,    1218 Towanda Ave.,    Bloomington, IL 61701-3477
10319706      Providian,    PO Box 660433,    Dallas, TX 75266-0433
10319707     +Providian National Bank,    295 Main Street,    Tilton, NH 03276-5115
10319708     +Reliable American, Inc.,    1739 Chestnut Ave., #104,    Glenview, IL 60025-1797
10319709      Resurrection Health Care,    355 Ridge Ave.,    Chicago, IL 60602-9985
10319710     +Resurrection Services,    c/o Medical Practice Development,    5050 N. Cumberland Ave.,
               Norridge, IL 60706-2903
10319711      Ronald P. Graef, Ph. D,    PO Box 393,    Glenview, IL 60025-0393
10319712      S. Francis Hospital,    355 Ridge Ave.,    Chicago, IL 60602-9985
10319715     +St. Francis Hospital,    355 Ridge Ave.,    Evanston, IL 60202-3399
10319713      St. Francis Hospital,    PO Box 220283,    Chicago, IL 60622-0283
10319717     +St. Francis of Evanston,    355 Ridge,    Evanston, IL 60202-3328
10319718     +Suburban Mortgage Co. of New Mexico,    3707 Eubank NE,    PO Box 14623,
               Albuquerque, NM 87191-4623
10319719      The Schumacher Group of AR, Inc.,    PO Box 2929,    San Antonio, TX 78299-2929
10319720      Unicare,    PO Box 5016,    Bolingbrook, IL 60440-5016
10319721      Unicare Health Insurance,    PO Box 56016,    Bolingbrook, IL 60440-5016
10319724     +United Shockwave Services, Ltd.,    PO Box 2178,    Des Plaines, IL 60017-2178
10319725      Univ. of Chicago Physician Group,    75 Remittace Drive, Suite 1385,    Chicago, IL 60675-1385
10811708     +Weiss Memorial Hospital,    2825 N HALSTED STREET,    CHICAGO IL 60657-5105
10319726      Zenith Acquisition Corp.,    PO Box 850,    Amherst, NY 14226-0850

The following entities were served by electronic transmission on Apr 11, 2008.
10639072     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Apr 11 2008 04:56:51
               Capital One Auto Finance,    c/o Ascension Capital Group,    POB 201347,
               Arlington, TX 76006-1347
10556928      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 11 2008 06:16:08
               Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
10319695      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 11 2008 06:16:08      Discover Card,
               P.O. Box 30395,    Salt Lake City, UT 84130-0395
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10319705*    +Pontiac National Bank,    1218 Towanda Ave.,    Bloomington, IL 61701-3477
10319716*    +St. Francis Hospital,    355 Ridge Ave.,    Evanston, IL 60202-3399
10319714*     St. Francis Hospital,    PO Box 220283,    Chicago, IL 60622-0283
10319722*     Unicare Health Insurance,    PO Box 56016,    Bolingbrook, IL 60440-5016
10319723*     Unicare Health Insurance,    PO Box 56016,    Bolingbrook, IL 60440-5016
                                                                                              TOTALS: 0, * 5

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2           Date Rcvd: Apr 10, 2008
Case: 05-58714                 Form ID: pdf002          Total Served: 52

             ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 12, 2008**              **Signature:** _Joseph Speetjens_