IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                     |    CHAPTER 7 CASE
SPRINGER, MICHAEL R     |

                           |    CASE NO. 05-58714 CAD

                           |

                           |    HONORABLE  CAROL A. DOYLE

            Debtor(s)         |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE  CAROL A. DOYLE,
       BANKRUPTCY JUDGE

     Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses attached as Exhibit "A" and the Trustee's Distribution Report a copy of which is attached as Exhibit "B".

     All checks have been negotiated or otherwise turned over to the Clerk of the Court. The Final Form ll is attached as Exhibit "C" reflecting a balance of zero for this estate.

     The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

_8/25/08_
DATE

_DEBORAH K. EBNER, TRUSTEE_

**Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 7 CASE** |
| | ) | |
| **MICHAEL R. SPRINGER,** | ) | **CASE NO. 05-58714 CAD** |
| | ) | |
| Debtor | ) | **JUDGE  CAROL A. DOYLE** |
| | ) | |

**Order Awarding Compensation to
Law Office of Deborah K. Ebner, Attorneys for Trustee**

THIS MATTER BEING HEARD on the First and Final Request for Compensation from the Law Office of Deborah K. Ebner, Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that the Law Office of Deborah K. Ebner is awarded compensation as follows;

1. Compensation      $11,760.00

     TOTAL      $11,760.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court; and

DATED this _____ day of _____

ENTERED: _____
            UNITED STATES BANKRUPTCY JUDGE

ENTERED
MAY 2 2 2008
CAROL A. DOYLE
BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| MICHAEL R. SPRINGER, | ) | CASE NO. 05-58714 CAD |
| | ) | |
| Debtor | ) | JUDGE  CAROL A. DOYLE |
| | ) | |

**Order Awarding Popowcer Katten, Ltd. Compensation, as Accountants for Trustee**

THIS MATTER BEING HEARD on the Popowcer Katten, Ltd.'s First and Final Request for Compensation notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Popowcer Katten, Ltd. is allowed compensation as follows;

1.  Compensation        $1,624.00


        TOTAL        $1,624.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____


ENTERED: _____
                   UNITED STATES BANKRUPTCY JUDGE

ENTERED
MAY 2 2 2008
CAROL A. DOYLE
BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| MICHAEL R. SPRINGER, | ) | CASE NO. 05-58714 CAD |
| | ) | |
| Debtor | ) | JUDGE  CAROL A. DOYLE |
| | ) | |

**Order Awarding Trustee Compensation and Expense Reimbursement**

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation and Expense Reimbursement, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Deborah K. Ebner, Trustee is allowed compensation and expense reimbursement as follows;

| | | |
|---|---|---|
| 1. | Compensation | $7,811.72 |
| 2. | Expenses | $155.13 |
| | **TOTAL** | $7,966.85 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

ENTERED
MAY 2 2 2008
CAROL A. DOYLE
BANKRUPTCY JUDGE

**Exhibit B**

## N THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| MICHAEL R SPRINGER, | ) | CASE NO. 05-58714 CAD |
| | ) | |
| Debtor | ) | JUDGE CAROL A. DOYLE |

### DISTRIBUTION REPORT

I, <u>DEBORAH K. EBNER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 22,100.85 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 62,302.48 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 84,403.33[1] |

---

[1] The total amount to be distributed is slightly less than the figure in the Trustee's Proposed Distribution Report on account of the fact that, between the time that the Trustee filed her Final Report and the filing of this Distribution Report, the Trustee paid a bond premium from the Estate funds, equal to $99.41, representing a pro-rata portion of the Trustee's blanket bond based upon the balance of funds in the Estate.

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $28,869.85 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | Deborah K. Ebner, Trustee, *Trustee Fees* | 7,811.72 | 7,811.72 |
| | Deborah K. Ebner, Trustee, *Trustee Expenses* | 155.13 | 155.13 |
| | Popowcer Katten, Ltd., *Trustee's Accountants Fees (Other Firm)* | 1,624.00 | 1,624.00 |
| | Sugar Friedberg & Felsenthal, LLP, *Trustee's Special Counsel Fees (Other Firm)* | 1,860.00 | 0.00 |
| | Law Office of Deborah K. Ebner, *Trustee's General Counsel Fees (Trustee Firm)* | 11,760.00 | 11,760.00 |
| | Illinois Department of Revenue, *Estate Income Tax* | 1,476.00 | 0.00 |
| | Internal Revenue Service Center, *Estate Income Tax* | 3,433.00 | 0.00 |
| 10 | Office of the U.S. Trustee, *UST Quarterly Fees* | 750.00 | 750.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT | FINAL DIVIDEND% |
|---|---|---|

OF CLAIMS

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $575,592.70 | 10.82% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Chase Bank USA, N.A., *General Unsecured Claims* | 13,575.95 | 1,469.47 |
| 3 | Discover Bank/Discover Financial Services., *General Unsecured Claims* | 13,247.92 | 1,433.96 |
| 7 | Lea Regional Hospital, LLC., *General Unsecured Claims* | 515,413.62 | 55,788.65 |
| 8 | Weiss Memorial Hospital., *General Unsecured Claims* | 23,227.31 | 2,514.14 |
| 9 | Northshore Anesthesia., *General Unsecured Claims* | 275.00 | 29.77 |
| 11 | Citibank/CHOICE., *General Unsecured Claims* | 4,952.65 | 536.08 |
| 12 | Citibank/CHOICE., *General Unsecured Claims* | 4,900.25 | 530.41 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Subordinated unsecured claims | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 2 | General Motors Acceptance Corporation 2740 Arthur Street Roseville, MN 551131303 | $0.00 | Disallowed |
| Unsecured | 4 | Capital One Auto Finance c/o Ascension Capital Group POB 201347 Arlington, TX 76006 | $12,710.40 | Disallowed |
| Unsecured | 5 | Pontiac National Bank 1218 Towanda Ave. Bloomington, IL 61701 | $296,372.00 | Disallowed |
| Unsecured | 6 | Pontiac National Bank 1218 Towanda Ave. Bloomington, IL 61701 | $73,930.00 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:    May 22, 2008

/s/

DEBORAH K. EBNER, Trustee

**Exhibit C**

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 05-58714 CAD
Case Name: SPRINGER, MICHAEL R

Taxpayer ID #: 13-7552364
Period Ending: 08/21/08

Trustee: DEBORAH K. EBNER (330480)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***_*****61-65 - Money Market Account
Blanket Bond: $5,000,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/29/07 | {1} | Yvonnie C. Springer | Settlement Per COurt Order | 1110-000 | 75,000.00 | | 75,000.00 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.33 | | 75,001.33 |
| 02/25/07 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #05-58714 | 2300-000 | | 53.48 | 74,947.85 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 37.38 | | 74,985.23 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 40.05 | | 75,025.28 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 41.39 | | 75,066.67 |
| 05/09/07 | 1002 | Illinois Department of Revenue | | 2690-000 | | 1,476.00 | 73,590.67 |
| 05/09/07 | 1003 | Internal Revenue Service Center | | 2690-000 | | 3,433.00 | 70,157.67 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 40.53 | | 70,198.20 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 36.23 | | 70,234.43 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 40.00 | | 70,274.43 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 38.77 | | 70,313.20 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 35.04 | | 70,348.24 |
| 10/22/07 | 1004 | Sugar Friedberg & Felsenthal, LLP | | 3210-000 | | 1,860.00 | 68,488.24 |
| 10/31/07 | {8} | Met Life | Surrender Value of Policy | 1129-000 | 11,668.85 | | 80,157.09 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 41.12 | | 80,198.21 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 41.72 | | 80,239.93 |
| 12/21/07 | {9} | Nationwide INsurance of America | | 1129-000 | 4,130.61 | | 84,370.54 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 41.41 | | 84,411.95 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 38.59 | | 84,450.54 |
| 02/05/08 | 1005 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #05-58714 | 2300-000 | | 99.41 | 84,351.13 |

Subtotals :                $91,273.02        $6,921.89

{} Asset reference(s)

Printed: 08/21/2008 07:13 PM        V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Case Number:   05-58714 CAD
Case Name:     SPRINGER, MICHAEL R

Taxpayer ID #:  13-7552364
Period Ending:  08/21/08

Trustee:        DEBORAH K. EBNER (330480)
Bank Name:      JPMORGAN CHASE BANK, N.A.
Account:        ***_*****61-65 - Money Market Account
Blanket Bond:   $5,000,000.00   (per case limit)
Separate Bond:  N/A

| 1 | 2 | 3 | | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | | Interest posting at 0.2500% | 1270-000 | 17.31 | | 84,368.45 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | | Interest posting at 0.1700% | 1270-000 | 15.67 | | 84,384.11 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | | Interest posting at 0.1700% | 1270-000 | 11.77 | | 84,395.88 |
| 05/22/08 | Int | JPMORGAN CHASE BANK, N.A. | | Current Interest Rate is 0.1500% | 1270-000 | 7.45 | | 84,403.33 |
| 05/22/08 | | To Account #*******6166 | | to close estate | 9999-000 | | 84,403.33 | 0.00 |

|  | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 91,325.22 | 91,325.22 |
| Less: Bank Transfers | | 0.00 | 84,403.33 |
| Subtotal | | 91,325.22 | 6,921.89 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $91,325.22 | $6,921.89 |

# Form 2

## Cash Receipts And Disbursements Record

Case Number:   05-58714 CAD
Case Name:   SPRINGER, MICHAEL R

Taxpayer ID #:   13-7552364
Period Ending:   08/21/08

Trustee:   DEBORAH K. EBNER (330480)
Bank Name:   JPMORGAN CHASE BANK, N.A.
Account:   ***_*****61-66 - Checking Account
Blanket Bond:   $5,000,000.00   (per case limit)
Separate Bond:   N/A

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/22/08 | | From Account #*******6165 | to close estate | 9999-000 | 84,403.33 | | 84,403.33 |
| 05/22/08 | 101 | Chase Bank USA, N.A. | | 7100-000 | | 1,469.47 | 82,933.86 |
| 05/22/08 | 102 | Discover Bank/Discover Financial Services | | 7100-000 | | 1,433.96 | 81,499.90 |
| 05/22/08 | 103 | Lea Regional Hospital, LLC | | 7100-000 | | 55,788.65 | 25,711.25 |
| 05/22/08 | 104 | Weiss Memorial Hospital | Voided on 06/16/08 | 7100-000 | | 2,514.14 | 23,197.11 |
| 05/22/08 | 105 | Northshore Anesthesia | | 7100-000 | | 29.77 | 23,167.34 |
| 05/22/08 | 106 | Citibank/CHOICE | | 7100-000 | | 536.08 | 22,631.26 |
| 05/22/08 | 107 | Citibank/CHOICE | | 7100-000 | | 530.41 | 22,100.85 |
| 05/22/08 | 108 | Office of the U.S. Trustee (ADMINISTRATIVE) | | 2950-000 | | 750.00 | 21,350.85 |
| 05/22/08 | 109 | DEBORAH K. EBNER, Trustee | | 2100-000 | | 7,811.72 | 13,539.13 |
| 05/22/08 | 110 | Popower Katten, Ltd. | | 3410-000 | | 1,624.00 | 11,915.13 |
| 05/22/08 | 111 | Law Office of Deborah K. Ebner | | 3110-000 | | 11,760.00 | 155.13 |
| 05/22/08 | 112 | Deborah K. Ebner, Trustee | Expenses | 2200-000 | | 155.13 | 0.00 |
| 06/16/08 | 104 | Weiss Memorial Hospital | Voided: check issued on 05/22/08 | 7100-000 | | -2,514.14 | 2,514.14 |
| 06/21/08 | 113 | Weiss Memorial Hospital | Ref # 20-2 | 7100-000 | | 2,514.14 | 0.00 |

Subtotals :                              $84,403.33          $84,403.33

{} Asset reference(s)

Printed: 08/21/2008 07:13 PM   V.10.03

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-58714 CAD
**Case Name:** SPRINGER, MICHAEL R

**Taxpayer ID #:** 13-7552364
**Period Ending:** 08/21/08

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_*****61-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 84,403.33 | 84,403.33 | $0.00 |
| | | | Less: Bank Transfers | | 84,403.33 | 0.00 | |
| | | | Subtotal | | 0.00 | 84,403.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $84,403.33 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***_*****61-65 | 91,325.22 | 6,921.89 | $0.00 |
| Checking # ***_*****61-66 | 0.00 | 84,403.33 | $0.00 |
| | $91,325.22 | $91,325.22 | $0.00 |

{} Asset reference(s)